May Term,
1860.

FRAZIER
v.
MASSEY.

*L. M. Ninde* and *H. W. Puckett*, for the appellants.

---

FRAZIER and Another *v.* MASSEY.

Thursday,
June 7.

APPEAL from the *Grant* Court of Common Pleas.

WORDEN, J.—Action by *Massey* against the appellants upon a promissory note made by the latter to *William T. Hess*, and by *Hess* indorsed to the plaintiff.

Answer that said *William T. Hess*, the payee of the note, was, at the time he indorsed it to the plaintiff, a minor under the age of twenty-one years; wherefore, &c.

To this answer a demurrer was sustained, and the plaintiff had judgment.

The ruling on the demurrer raises the only question involved in the case.

We think it clear that the demurrer was correctly sustained to the answer. The disability of an infant to make a valid, binding contract, is a personal privilege intended for the benefit of the infant himself, and none but he, or his representatives, can take advantage of such disability. 1 Pars. Cont., 275. Besides this, the defendants, by making the note to *Hess*, asserted to the world his competency to negotiate and assign the paper, and they cannot be permitted to gainsay the assertion so made. Edw. on Bills, p. 250.—Story on Prom. Notes, § 80, 5th ed.

*Per Curiam.*—The judgment is affirmed with 6 per cent. <span style="float:right">May Term,</span>
damages and costs.

*R. T. St. John*, for the appellants.